CLARK S. PELOUBET, Appellant, v. HAROLD BECKER, Respondent.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

SURPRISE MDSE. CO., INC., Respondent, v. SERVICEMAN, INC., Appellant.— HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FRANCIS GARDNER, Appellant.— MEMORANDUM BY THE COURT.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by the court.

CARETTE REALTY CORPORATION, Appellant, v. WALDBILLIG CONSTRUCTION CORPORATION et al., Respondents.— MEMORANDUM BY THE COURT.—

Herlihy, J. P., Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.